```
┌─────────────────────────────────────────────────────────────────────────┐
│           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA       │
│              CIVIL DOCKET ENTRIES FOR CASE F03-0026--CV (RRB)           │
│                      "ANDI NGUYEN V REGAL CINEMAS INC"                  │
├─────────────────────────────────────────────────────────────────────────┤
│              Including terminated parties, excluding terminated counsel │
└─────────────────────────────────────────────────────────────────────────┘
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 08/15/03
           Closed: 10/08/04

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (790) Other labor litigation

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $150.00 on 08/15/03 receipt # 40100602
         Trial by: Jury
```

Parties of Record:                                Counsel of Record:
─────────────────────────────────────────────────┼────────────────────────────

PLF 1.1            NGUYEN, ANDI                  │ William B. Schendel
                                                 │ Winfree Law Office
                                                 │ 301 Cushman Street, Suite 200
                                                 │ Fairbanks, AK 99701
                                                 │ 907-451-6500
                                                 │ FAX 907-451-6510

DEF 1.1            REGAL CINEMAS INC             │ Cory R. Borgeson
                                                 │ Borgeson & Burns
                                                 │ 100 Cushman Street, Suite 311
                                                 │ Fairbanks, AK 99701
                                                 │ 907-452-1666
                                                 │ FAX 907-456-5055

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE F03-0026--CV (RRB)
                         "ANDI NGUYEN V REGAL CINEMAS INC"

                                 For all filing dates
```

Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 08/15/03
          Closed: 10/08/04

    Jurisdiction: (3) Federal Question (US Govt not a Party)
   PLF Diversity:
   DEF Diversity:

  Nature of Suit: (790) Other labor litigation

          Origin: (1) Original Proceeding
          Demand:
      Filing fee: Paid $150.00 on 08/15/03 receipt # 40100602
        Trial by: Jury


| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 08/15/03 | Complaint filed; Summons issued. |
| 2 - 1 | 09/15/03 | PLF 1 Return of Service Executed by Due Process on Henry Baker, General Manager for Regal Cinemas on 8-26-03. |
| 3 - 1 | 09/30/03 | DEF 1 Answer to Complaint. |
| 4 - 1 | 09/30/03 | DEF 1 Jury Demand. |
| 5 - 1 | 10/03/03 | RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this order. cc: cnsl |
| 6 - 1 | 10/24/03 | PLF 1 Report re: Joint Rule 26 (w/Affidavit of Service attached). |
| 7 - 1 | 11/07/03 | RRB Scheduling and Planning Order setting pretrial deadlines: Original discovery 04/01/04; Dispositive motions deadline 03/01/04; Estimate of trial 3 days. cc: cnsl |
| 8 - 1 | 12/31/03 | PLF 1; DEF 1 Stipulation to Extend Time from 1/2/04 until 2/1/04 to File Witness Lists. |
| 8 - 2 | 01/02/04 | Order granting stipulation Stipulation to Extend Time from 1/2/04 until 2/1/04 to File Witness Lists (8-1). |
| 9 - 1 | 02/02/04 | DEF 1 motion and Memorandum to Amend and Assert Claims w/attached Amended Answer and Counterclaims. |
| 10 - 1 | 02/02/04 | DEF 1 Final Witness List. |
| 11 - 1 | 02/03/04 | PLF 1 motion to Late-File Final Witness List. |
| 12 - 1 | 02/04/04 | RRB Order granting motion to Late-File Final Witness List (11-1). |
| 13 - 1 | 02/04/04 | PLF 1 Final Witness List. |
| 14 - 1 | 02/17/04 | PLF 1 conditional non-opposition to DEF 1 motion to Amend (9-1). |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE F03-0026--CV (RRB)
                         "ANDI NGUYEN V REGAL CINEMAS INC"

                                 For all filing dates
```

```
Document #    Filed      Docket text

   15 -   1  02/23/04   DEF 1 reply to conditional non-opposition to DEF 1 motion and Memorandum
                        to Amend and Assert Claims (9-1).

   16 -   1  02/25/04   RRB Order granting motion and Memorandum to Amend and Assert Claims
                        (9-1). Each of the deadlines in the Court's 11/07/04 scheduling and
                        planning order shall be extended by two months.  cc: cnsl

   17 -   1  02/25/04   DEF 1 Amended Answer and Counterclaim.

   18 -   1  03/15/04   RRB (Stipulated Protective) Order re Regal Documents. cc:  W. Schendel
                        and C. Borgeson.

   19 -   1  03/16/04   PLF 1 (Reply) Answer to Counterclaim.

   20 -   1  05/20/04   PLF 1; DEF 1 Stipulation to stay discovery pending settlement or
                        mediation.

   21 -   1  05/24/04   PLF 1; DEF 1 Unopposed motion (request) for settlement conference with
                        Judge von der Heydt.

   22 -   1  06/02/04   RRB Order granting stipulation to stay discovery pending settlement or
                        mediation (20-1).  Pretrial ddlns stayed indefinitely pending the
                        outcome of settlement or mediation.  cc: cnsl

   23 -   1  07/14/04   RRB Order re settlement conference; granting unopposed motion (request)
                        for settlement conference with Judge (21-1).   Parties to submit
                        confidential sttl brfs to Judge von der Heydt by 8/2/04 as stated.  cc:
                        cnsl, Judge von der Heydt

   24 -   1  08/10/04   JAV Order setting settl conf in chambers on 8/31/04 at 9:30 a.m. at
                        Anchorage. cc: cnsl, Judge Beistline

   24A-   1  08/30/04   PLF 1 Notice of attorney's lien.

   25 -   1  08/31/04   JAV Minute Order re: settl conf held; case settled in entirety; cnsl to
                        confer in preparation of final settl & dismissal w/prej docs. cc: cnsl,
                        Judge Beistline

   26 -   1  10/04/04   PLF 1; DEF 1 Stipulation for dismissal with prejudice.

   26 -   2  10/08/04   RRB Order granting Stipulation for dismissal with prejudice (26-1).
```